ELIZA J. ARKENBURGH, as Executrix of ROBERT T. ARKENBURGH, Deceased, Appellant, *v.* ROBERT F. LITTLE, Respondent, Impleaded with Others.

*Arkenburgh* v. *Little*, 49 App. Div. 636, affirmed.
(Argued May 1, 1903; decided October 13, 1903.)

APPEAL from a judgment, entered June 20, 1902, upon an order of the Appellate Division of the Supreme Court in the second judicial department, affirming an interlocutory judg-

ment overruling a demurrer to a defense in the answer entered upon a decision of the court at a Trial Term without a jury.

*Charles Edward Souther* for appellant.

*Frank W. Arnold* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN, CULLEN and WERNER, JJ.